JOHN M. RIESTENBERG / SBN 82668
**LAW OFFICES OF JOHN M. RIESTENBERG**
455 Capitol Mall, Suite 410
Sacramento, CA  95814
Telephone:  (916) 443-6300
Facsimile: (916) 329-3435
Attorney for Plaintiff DOLORES BROWN

SEAN P. NALTY/ SBN 121253
**WILSON, ELSER, MOSKOWITZ**
    **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370
Attorney for Defendants THE PFIZER LONG-TERM DISABILITY PLAN; CIGNA GROUP INSURANCE; CIGNA LIFE INSURANCE COMPANY OF NEW YORK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES BROWN<br><br>                    Plaintiff,<br>        v.<br><br>THE PFIZER LONG-TERM DISABILITY PLAN; CIGNA GROUP INSURANCE; CIGNA LIFE INSURANCE COMPANY OF NEW YORK; DOES 1 through 20, Inclusive,<br><br>                    Defendants. | NO.  2:08-CV-01640 JAM JFM<br><br>**STIPULATION TO DISMISS** |

   IT IS HEREBY STIPULATED by and between Plaintiff by and through her counsel of record and THE PFIZER LONG-TERM DISABILITY PLAN; CIGNA GROUP INSURANCE; CIGNA LIFE INSURANCE COMPANY OF NEW YORK by and through their counsel of record, that the above-captioned matter be dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: August 25, 2009                              Respectfully submitted,

JOHN M. RIESTENBERG
Attorney for Plaintiff

DATED: August 25, 2009                    Respectfully submitted,

SEAN NALTY
Attorney for Defendant
THE PFIZER LONG-TERM
DISABILITY PLAN; CIGNA
GROUP INSURANCE; CIGNA
LIFE INSURANCE COMPANY
OF NEW YORK

**ORDER**

IT IS HEREBY ORDERED that this action is dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED: 12/03/2009

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE